FILED

09/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0550

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0550

_____

IRA HAYES HENDERSON,

      Petitioner,

v.

TOM GREEN, WARDEN,
DAWSON COUNTY CORRECTIONAL
FACILITY,

      Respondent.

_____

O R D E R

FILED

SEP 17 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Representing himself, Ira Hayes Henderson has filed a Petition for Writ of Habeas Corpus and included attachments, such as a sentence calculation. Upon review, we deem it appropriate to require a response to his Petition. Therefore,

IT IS ORDERED that the Attorney General or counsel for the Department of Corrections is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response together with other appropriate documentary exhibits.

The Clerk is directed to provide a copy of this Order to counsel of record and to Ira Hayes Henderson personally.

DATED this 17th day of September, 2024.

_____
Justice